# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| KYESHA D. CARTER | : | CASE NO: 19-12866ELF |
| Debtor | : | |

# **ORDER**

AND NOW, this 17th day of May, 2019, upon consideration of the Motion for Extension of Time to File Schedules and Other Documents, after notice and hearing;

IT IS ORDERED, that the Motion is **GRANTED**. Debtor shall have until **May 31, 2019**, to file the missing documents.

_____
Eric L. Frank
United States Bankruptcy Judge