## Garden Spring Center SNF LLC
Garden Spring Center SNF LLC
1113 North Easton Rd
Willow Grove, PA 19090
(215) 830-5400

Pay Period: From: 04/01/2019 To: 04/20/2019
Pay Date: 04/26/2019     Voucher No. 2452

## Personal Earning Statement 

| Empl# | SS# | Department | Clock No. | Pay Type |
|---|---|---|---|---|
| 20004 | XXX-XX-4574 | 316 | | Hourly |

**KYESHA D CARTER**
6559 Vandike St
Philadelphia, PA 19135

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| Regular | CNA | 16.16 | | 14.22 | 588.75 | 9,459.50 |
| Overtime | CNA | 16.16 | | 3.71 | 55.25 | 1,336.31 |
| **Total Gross Pay** | | | 0.00 | $17.93 | 659.25 | $11,246.28 |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 1.11 | 697.26 |
| Medicare | | | 0.26 | 163.06 |
| Federal | Single - 2 | | 0.00 | 775.80 |
| PA State | Single - 2 | | 0.55 | 345.26 |
| PH Local | Single - 2 | | 0.70 | 436.46 |
| PA SUI EE | | | 0.01 | 6.75 |
| U.Moreland LST | Standard - 0 | | 0.00 | 10.00 |
| **Total Taxes** | | | 2.63 | 2,434.59 |

**Net Pay** $15.30

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX6150 | XXXXXX0212 | 15.30 |
| **Total Direct Deposit** | | | **$15.30** |

**Important Notes**

---

REMOVE DOCUMENT ALONG THIS PERFORATION

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER • THERMOCHROMIC INK ON BACK

*PAY RAISE*

# THIS IS NOT A CHECK

## Garden Spring Center SNF LLC

Garden Spring Center SNF LLC  
1113 North Easton Rd  
Willow Grove, PA 19090  
(215) 830-5400

Pay Period: From: 04/07/2019 To: 04/20/2019  
Pay Date: 04/26/2019  Voucher No. 2391

**Personal Earning Statement** 

| Empl# | SS# | Department | Clock No. | Pay Type |
|---|---|---|---|---|
| 20004 | XXX-XX-4574 | 316 | | Hourly |

**KYESHA D CARTER**  
6559 Vandike St  
Philadelphia, PA 19135

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| Regular | CNA | 16.16 | 80.00 | 1,292.80 | 588.75 | 9,445.28 |
| Shift 2 | CNA | 16.16 | | 13.37 | | 46.23 |
| Weekend S | CNA | 16.16 | | 8.00 | | 38.24 |
| Overtime | CNA | 24.24 | 14.25 | 345.42 | 55.25 | 1,332.60 |
| Total Gross Pay | | | 94.25 | $1,659.59 | 659.25 | $11,228.35 |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 102.89 | 696.15 |
| Medicare | | | 24.06 | 162.80 |
| Federal | Single - 2 | | 135.38 | 775.80 |
| PA State | Single - 2 | | 50.95 | 344.71 |
| PH Local | Single - 2 | | 64.41 | 435.76 |
| PA SUI EE | | | 1.00 | 6.74 |
| U.Moreland LST | Standard - 0 | | 0.00 | 10.00 |
| Total Taxes | | | 378.69 | 2,431.96 |

**Net Pay**  $1,280.90

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX6150 | XXXXXX0212 | 1,280.90 |
| Total Direct Deposit | | | $1,280.90 |

Important Notes

REMOVE DOCUMENT ALONG THIS PERFORATION



## Personal Earning Statement

| Empl# | SS# | Department | Clock No. | Pay Type |
|---|---|---|---|---|
| 20004 | XXX-XX-4574 | 316 | | Hourly |

**KYESHA D CARTER**
6559 Vandike St
Philadelphia, PA 19135

**Garden Spring Center SNF LLC**
Garden Spring Center SNF LLC
1113 North Easton Rd
Willow Grove, PA 19090
(215) 830-5400

Pay Period: From: 03/24/2019 To: 04/06/2019
Pay Date: 04/12/2019    Voucher No. 2287

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| Regular | CNA | 16.16 | 78.00 | 1,260.48 | 508.75 | 8,152.48 |
| Shift 2 | CNA | 16.16 | | 8.12 | | 32.86 |
| Weekend S | CNA | 16.16 | | 4.00 | | 30.24 |
| Overtime | CNA | 24.24 | 13.25 | 321.18 | 41.00 | 987.18 |
| **Total Gross Pay** | | | 91.25 | $1,593.78 | 565.00 | $9,568.76 |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 98.81 | 593.26 |
| Medicare | | | 23.11 | 138.74 |
| Federal | Single - 2 | | 127.48 | 640.42 |
| PA State | Single - 2 | | 48.93 | 293.76 |
| PH Local | Single - 2 | | 61.85 | 371.35 |
| PA SUI EE | | | 0.96 | 5.74 |
| U.Moreland LST | Standard - 0 | | 0.00 | 10.00 |
| **Total Taxes** | | | 361.14 | 2,053.27 |

**Net Pay** $1,232.64

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX6150 | XXXXXX0212 | 1,232.64 |
| **Total Direct Deposit** | | | $1,232.64 |

# Personal Earning Statement

**Garden Spring Center SNF LLC**
Garden Spring Center SNF LLC
1113 North Easton Rd
Willow Grove, PA 19090
(215) 830-5400

| Empl# | SS# | Department | Clock No. | Pay Type |
|---|---|---|---|---|
| 20004 | XXX-XX-4574 | 316 | | Hourly |

**KYESHA D CARTER**
6559 Vandike St
Philadelphia, PA 19135

Pay Period: From: 03/10/2019 To: 03/23/2019
Pay Date: 03/29/2019  Voucher No. 2185

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| Regular | CNA | 16.00 | 53.00 | 848.00 | 430.75 | 6,892.00 |
| Shift 2 | CNA | 16.00 | | 3.75 | | 24.74 |
| Weekend S | CNA | 16.00 | | 3.75 | | 26.24 |
| **Total Gross Pay** | | | **53.00** | **$855.50** | **473.75** | **$7,974.98** |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 53.04 | 494.45 |
| Medicare | | | 12.40 | 115.63 |
| Federal | Single - 2 | | 38.89 | 512.94 |
| PA State | Single - 2 | | 26.26 | 244.83 |
| PH Local | Single - 2 | | 33.20 | 309.50 |
| PA SUI EE | | | 0.51 | 4.78 |
| U.Moreland LST | Standard - 0 | | 0.00 | 10.00 |
| **Total Taxes** | | | **164.30** | **1,692.13** |

**Net Pay** $691.20

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX6150 | XXXXXX0212 | 691.20 |
| **Total Direct Deposit** | | | **$691.20** |

**Important Notes**

## Garden Spring Center SNF LLC

Garden Spring Center SNF LLC
1113 North Easton Rd
Willow Grove, PA 19090
(215) 830-5400

Pay Period: From: 02/24/2019 To: 03/09/2019
Pay Date: 03/15/2019    Voucher No. 2084



## Personal Earning Statement

| Empl# | SS# | Department | Clock No. | Pay Type |
|---|---|---|---|---|
| 20004 | XXX-XX-4574 | 316 | | Hourly |

**KYESHA D CARTER**
6559 Vandike St
Philadelphia, PA 19135

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| Regular | CNA | 16.00 | 77.50 | 1,240.00 | 377.75 | 6,044.00 |
| Shift 2 | CNA | 16.00 | | 4.75 | | 20.99 |
| Weekend S | CNA | 16.00 | | 3.62 | | 22.49 |
| **Total Gross Pay** | | | 77.50 | $1,248.37 | 420.75 | $7,119.48 |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 77.40 | 441.41 |
| Medicare | | | 18.10 | 103.23 |
| Federal | Single - 2 | | 86.04 | 474.05 |
| PA State | Single - 2 | | 38.32 | 218.57 |
| PH Local | Single - 2 | | 48.45 | 276.30 |
| PA SUI EE | | | 0.75 | 4.27 |
| U.Moreland LST | Standard - 0 | | 0.00 | 10.00 |
| **Total Taxes** | | | 269.06 | 1,527.83 |

**Net Pay** $979.31

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX6150 | XXXXXX0212 | 979.31 |
| **Total Direct Deposit** | | | $979.31 |

**Important Notes**

**Garden Spring Center SNF LLC**

Garden Spring Center SNF LLC
1113 North Easton Rd
Willow Grove, PA  19090
(215) 830-5400

Pay Period: From: 02/10/2019 To: 02/23/2019
Pay Date: 03/01/2019     Voucher No.  1977

**Personal Earning Statement**

| Empl# | SS# | Department | Clock No. | Pay Type |
|---|---|---|---|---|
| 20004 | XXX-XX-4574 | 316 | | Hourly |

**KYESHA D CARTER**
6559 Vandike St
Philadelphia, PA  19135

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| Regular | CNA | 16.00 | 45.50 | 728.00 | 300.25 | 4,804.00 |
| Shift 2 | CNA | 16.00 | | 0.12 | | 16.24 |
| Weekend S | CNA | 16.00 | | 3.75 | | 18.87 |
| **Total Gross Pay** | | | **45.50** | **$731.87** | **343.25** | **$5,871.11** |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 45.38 | 364.01 |
| Medicare | | | 10.61 | 85.13 |
| Federal | Single - 2 | | 26.26 | 388.01 |
| PA State | Single - 2 | | 22.47 | 180.25 |
| PH Local | Single - 2 | | 28.40 | 227.85 |
| PA SUI EE | | | 0.44 | 3.52 |
| U.Moreland LST | Standard - 0 | | 0.00 | 10.00 |
| **Total Taxes** | | | **133.56** | **1,258.77** |

**Net Pay**   $598.31

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX6150 | XXXXXX0212 | 598.31 |
| **Total Direct Deposit** | | | **$598.31** |

**Important Notes**