Certificate Number: 17082-PAE-DE-033071253

Bankruptcy Case Number: 19-12866



17082-PAE-DE-033071253

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 7, 2019, at 5:17 o'clock PM MST, KYESHA D CARTER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 7, 2019

By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director