IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| KYESHA D. CARTER | : | CASE NO: 19-12866ELF |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

**ORDER TO ALLOW COUNSEL FEES AND EXPENSES**

Upon consideration of the foregoing Application for Compensation of Debtor's Attorney, and upon notice, opportunity for hearing, and/or certification of no objection, counsel fees are allowed in the following amounts:

    Compensation    $ 3,500.00
    Attorney fee already paid by Debtor  $ 1,700.00

    **Net amount to be paid by Trustee  $ 1,800.00**

The net amount is to be paid by the Trustee to Alfonso Madrid, Esquire to the extent provided for in the confirmed plan.

BY THE COURT:

Date: 10/31/19

_____
Eric L. Frank
United States Bankruptcy Judge