United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kyesha D Carter  
    Debtor

Case No. 19-12866-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: TashaD    Page 1 of 1    Date Rcvd: Jun 04, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.  
db         +Kyesha D Carter,    6559 Vandike St.,    Philadelphia, PA 19135-2825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:  
       ALFONSO G. MADRID    on behalf of Debtor Kyesha D Carter amadrid@clsphila.org  
       KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
       LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                       TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kyesha D. Carter<br>        Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION,<br>(TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>        Secured Creditor<br>    vs. | NO. 19-12866 ELF |
| Kyesha D. Carter<br>        Debtor(s) | |
| William C. Miller<br>        Trustee | |

**STIPULATION RESOLVING DEBTOR'S MOTION TO DETERMINE THE
JUNE 24, 2019 POST-PETITION FEE NOTICE**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On June 24, 2019, U.S. Bank. National, (Trustee for the Pennsylvania Housing Finance Agency) (Secured Creditor) filed a post-petition fee notice under Claim 2 in the total amount of $850.00 for its Proof of Claim, 410A, and Plan Review.

2. Debtor filed a Motion to Determine the Validity of Secured Creditor's post-petition fee notice on May 2, 2020, disputing the amounts collectible.

3. The Parties have reviewed the claim in depth to come to a resolution of this matter.

4. Though Secured Creditor does not agree to the merits of Debtor's Motion, Secured Creditor has agreed to this resolution to avoid costly litigation.

5. This Stipulation is without any admission of wrongdoing by either party.

6. Within thirty (30) days of the filing of this Stipulation, Secured Creditor shall withdraw the June 24, 2019 post-petition fee notice from the claims register.

7. Further, Secured Creditor shall deem the amounts listed as non-recoverable and non-chargeable to Debtor's loan.

8. The parties agree that a facsimile signature shall be considered an original signature.

9. Debtor's Objection to Secured Creditor's Proof of Claim is hereby resolved as moot.

Date:   May 28, 2020                    By: /s/Rebecca A. Solarz, Esq.
                                            Rebecca A. Solarz, Esq.
                                            Attorney for Secured Creditor

Date:   May 28, 2020                    /s/Alfonso G. Madrid
                                        Alfonso G. Madrid
                                        Attorney for Debtor(s)

**O R D E R**

Approved by the Court this  4th  day of    June   , 2020.

Bankruptcy Judge
Eric L. Frank