# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12866-ELF

KYESHA D CARTER

6559 VANDIKE ST.

PHILADELPHIA, PA 19135-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KYESHA D CARTER

6559 VANDIKE ST.

PHILADELPHIA, PA 19135-

Counsel for debtor(s), by electronic notice only.

ALFONSO G MADRID, ESQ.
COMMUNITY LEGAL SERVICES OF PHILADELPHIA
1410 W. ERIE AVENUE
PHILADELPHIA, PA 19140-

Date: 2/2/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee