AMENDED CERTIFICATION OF SERVICE

I hereby certify that on this date, true and correct copies of the Debtor's THIRD AMENDED CHAPTER 13 PLAN has been served pursuant to L.B.R. 3015-3, by first class mail, email, and/or electronic service upon all secured and priority creditors and all creditors requesting notice under Fed. R. Bank. P. 2002, as follows:

City of Philadelphia
pamela.thurmond@phila.gov

Pa Housing Finance Agency
211 N Front St
Harrisburg PA 17101

Secretary of Hous & Urban Devpt
451 Seventh St. SW
Washington, DC 20410

Philadelphia Gas Works
Attn. Bankruptcy Dept.
800 W. Montgomery Avenue, 3rd Floor
Philadelphia, PA 19123

Internal Revenue Service
PO Box 7317
Philadelphia PA 19101-7317

I further certify that the above has been served upon the Debtor, the United States Trustee, and the Standing Chapter 13 Trustee by electronic service and/or regular first class mail.

/s/ Alfonso Madrid
ALFONSO MADRID, ESQ.
Attorney for Debtor
Community Legal Services of Philadelphia
1410 W. Erie Ave.
Philadelphia PA 19140
(215) 215-227-4795
amadrid@clsphila.org