AMENDED CERTIFICATION OF SERVICE

I hereby certify that on this date, true and correct copies of the DEBTOR'S MOTION TO MODIFY PLAN and Notice thereof, has been served by first class mail and/or electronic notice upon all secured and priority creditors and all creditors requesting notice under Fed. R. Bank. P. 2002 as follows:

>City of Philadelphia
>pamela.thurmond@phila.gov
>
>Pa Housing Finance Agency
>211 N Front St
>Harrisburg PA 17101
>(on counsel via CM/ECF)
>
>Secretary of Hous & Urban Devpt
>451 Seventh St. SW
>Washington, DC 20410
>
>Philadelphia Gas Works
>Attn. Bankruptcy Dept.
>800 W. Montgomery Avenue, 3rd Floor
>Philadelphia, PA 19123
>
>Internal Revenue Service
>PO Box 7317
>Philadelphia PA 19101-7317

I further certify that copies of the motion and notice have been served by first class mail and/or electronic notice upon the Debtor, Standing Chapter 13 Trustee and U.S. Trustee by electronic service and/or regular first class mail..

>/s/ Alfonso Madrid
>ALFONSO MADRID, ESQ.
>Community Legal Services of Philadelphia
>Attorney for Debtor
>1410 W. Erie Ave.
>Philadelphia PA 19140
>(215) 215-227-4795
>amadrid@clsphila.org