# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12866-ELF

KYESHA D CARTER

6559 VANDIKE ST.

PHILADELPHIA, PA 19135-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KYESHA D CARTER

    6559 VANDIKE ST.

    PHILADELPHIA, PA 19135-

Counsel for debtor(s), by electronic notice only.

    ALFONSO G MADRID, ESQ.
    COMMUNITY LEGAL SERVICES OF PHILADELPHIA
    1410 W. ERIE AVENUE
    PHILADELPHIA, PA 19140-

Date: 3/17/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee