United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-12866-amc
Kyesha D Carter Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: May 15, 2024      Form ID: 138OBJ      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kyesha D Carter, 6559 Vandike St., Philadelphia, PA 19135-2825 |
| 14319124 | + | City of Philadelphia-parking citation, PO Box 56048, Philadelphia, PA 19130-6048 |
| 14341339 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14324728 | + | U.S. Bank National Association, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 15 2024 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2024 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14384626 | | Email/Text: megan.harper@phila.gov | May 15 2024 23:47:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14319123 | + | Email/Text: megan.harper@phila.gov | May 15 2024 23:47:00 | City of Philadelphia - Water Revenue, 1401 JFK Blvd, Philadelphia, PA 19102-1617 |
| 14319122 | | Email/Text: megan.harper@phila.gov | May 15 2024 23:47:00 | City of Philadelphia - c/o Law Dept., 1515 Arch St., Philadelphia, PA 19102-1595 |
| 14319125 | + | Email/Text: bknotice@ercbpo.com | May 15 2024 23:47:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14630022 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2024 23:47:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14319127 | + | Email/Text: bankruptcygroup@peco-energy.com | May 15 2024 23:47:00 | PECO Energy, 2301 Market St., N3-1, Philadelphia, PA 19103-1380 |
| 14319129 | | Email/Text: compliance@pbcmcorp.com | May 15 2024 23:47:00 | Professional Bureau of Collections of Ma, Attn: Bankruptcy, 5295 Dtc Parkway, Greenwood Village, CO 80111 |
| 14319126 | + | Email/Text: blegal@phfa.org | May 15 2024 23:47:00 | Pa Housing Finance Agency, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14319128 | ^ | MEBN | May 15 2024 23:40:48 | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14343924 | + | Email/Text: bankruptcy@philapark.org | May 15 2024 23:47:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14319130 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 15 2024 23:49:45 | Secretary of Hous & Urban Devpt, 451 Seventh St. |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: 138OBJ | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| 14326336 | + | Email/PDF: ebn_ais@aisinfo.com | | SW, Washington, DC 20410-0001 |
| | | | May 15 2024 23:49:37 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14319131 | + | Email/Text: bankruptcydepartment@tsico.com | May 15 2024 23:47:00 | Transworld Systems Inc, Attn: Bankruptcy, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Kyesha D Carter amadrid@clsphila.org  madrid.alfonsob@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kyesha D Carter

      Debtor(s)

Case No: 19−12866−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/15/24