# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| KYESHA D. CARTER | : | CASE NO: 19-12866AMC |
| Debtor | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Debtor's Motion for Determination of Mortgage Cure, and upon notice and hearing, it is hereby ordered and declared that:

1. Debtor's mortgage loan, which was the basis of Proof of Claim No. 2 filed in this case, held and/or serviced by Pennsylvania Home Finance Agency ("PHFA") has been cured of prepetition arrears by completion of the chapter 13 plan and that Debtor has made all postpetition contractual payments to PHFA, so that Debtor's remaining balance due on the mortgage as of this date is the amount that would have existed if the default had never occurred;

2. Any amounts for fees, charges, or expenses that PHFA may allege Debtor owes as of the petition date in connection with any alleged prepetition default on the mortgage or otherwise, that has not been approved by this Court through the allowance of Claim No. 2 or otherwise, are deemed cured by completion of the plan and are therefore canceled and discharged.

Date: August 7, 2024

_____
Ashely M. Chan
United States Bankruptcy Judge